■ FRANK STELLEMA, Respondent, v VANTAGE PRESS, INC., et al., Appellants.—Order, Supreme Court, New York County, entered on August 2, 1978, unanimously affirmed on the opinion of Helman, J., at Special Term. Respondent shall recover of defendants-appellants $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Fein, Lane and Sandler, JJ.